**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  SCOTT A. DOBRATZ           §        Case No. 08-73031
        KIMBERLY B. DOBRATZ        §
                                   §
                                   §
           Debtors                 §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2008.

2) The plan was confirmed on 02/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/07/2012.

5) The case was completed on 01/03/2013.

6) Number of months from filing or conversion to last payment: 51.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,594.79.

10) Amount of unsecured claims discharged without full payment: $17,868.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 53,285.00 |  |
| Less amount refunded to debtor | $ 47.47 |  |
| **NET RECEIPTS** |  | $ 53,237.53 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,340.00 |  |
| Court Costs | $ 0.00 |  |
| Trustee Expenses & Compensation | $ 3,194.29 |  |
| Other | $ 0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION** |  | $ 5,534.29 |
| Attorney fees paid and disclosed by debtor: | $ 1,658.00 |  |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MACEY BANKRUPTCY LAW, PC | Lgl | 3,500.00 | 3,998.00 | 3,998.00 | 2,340.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Sec | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 8,307.86 | 8,307.86 | 8,307.86 | 8,307.86 | 649.11 |
| FORD MOTOR CREDIT CORP | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 2,281.00 | 1,190.00 | 1,190.00 | 1,190.00 | 65.09 |
| AMERICAN NATIONAL BANK OF | Sec | 10,421.00 | 10,567.29 | 10,421.00 | 10,421.00 | 1,947.68 |
| AMERICAN NATIONAL BANK OF | Uns | 0.00 | 0.00 | 146.29 | 146.29 | 0.00 |
| ABN AMRO MORTGAGE GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 2,432.00 | 2,406.64 | 2,406.64 | 2,406.64 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 2,654.00 | 2,672.95 | 2,672.95 | 2,672.95 | 0.00 |
| BK OF AMER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BANK | Uns | 2,436.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,431.00 | 1,460.59 | 1,460.59 | 1,460.59 | 0.00 |
| ECAST SETTLEMENT | Uns | 574.00 | 598.05 | 598.05 | 598.05 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 1,024.66 | 1,024.66 | 1,024.66 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COTTONWOOD FINANCIAL | Uns | 957.00 | 959.82 | 959.82 | 959.82 | 0.00 |
| CHECKS FOR CASH | Uns | 384.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK / SEARS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK / SEARS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCE BK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CONSECO FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG / SOANB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FUM / CBSD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / OLD NAVY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,394.00 | 1,415.16 | 1,415.16 | 1,415.16 | 0.00 |
| LVNV FUNDING LLC | Uns | 792.00 | 804.05 | 804.05 | 804.05 | 0.00 |
| GEMB / KS MERCHANDISE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / AMERTV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / SELECT COMFORT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE CU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HOLLYWOOD VIDEO | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| HSBC / ORCHARD BK | Uns | 334.00 | NA | NA | 0.00 | 0.00 |
| II DESIGNATE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 130.00 | 130.66 | 130.66 | 130.66 | 0.00 |
| LANE BRYANT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 33.00 | 33.63 | 33.63 | 33.63 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 140.00 | 175.00 | 175.00 | 175.00 | 0.00 |
| NATIONAL CITY MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NBGL - YOUNKER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MGMT | Uns | 235.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICE / | Uns | 1,005.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICE / | Uns | 475.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 588.00 | 1,358.31 | 1,358.31 | 1,358.31 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE | Uns | 205.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 369.00 | NA | NA | 0.00 | 0.00 |
| ROGER K JOHNSON MD | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| SAINT ANTHONY MEDICAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 200.00 | 366.79 | 366.79 | 366.79 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 236.00 | 295.00 | 295.00 | 295.00 | 0.00 |
| EAST BAY FUNDING | Uns | 787.00 | 787.98 | 787.98 | 787.98 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 973.00 | 1,058.26 | 1,058.26 | 1,058.26 | 0.00 |
| TRIBUTE / FBOFD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA DEALER SERVICES | Uns | 5,345.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 0.00 | 4,314.96 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 4,800.92 | 4,800.92 | 4,800.92 | 0.00 |
| WFNB / TSA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM & LAURIE JANSSEN | Uns | 1,284.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING | Uns | 687.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Uns | 4,800.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Uns | 0.00 | 763.55 | 763.55 | 763.55 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 484.63 | 484.63 | 484.63 | 0.00 |
| HSBC BANK N/A | Uns | 0.00 | 379.56 | 379.56 | 379.56 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 9,497.86 | $ 9,497.86 | $ 714.20 |
| All Other Secured | $ 10,421.00 | $ 10,421.00 | $ 1,947.68 |
| **TOTAL SECURED:** | $ 22,918.86 | $ 22,918.86 | $ 2,661.88 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 22,122.50 | $ 22,122.50 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,534.29 |
| Disbursements to Creditors | $ 47,703.24 |
| **TOTAL DISBURSEMENTS:** | $ 53,237.53 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/28/2013            By:  /s/ Lydia S. Meyer
                                                                     Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)